26774.   ROBERTS v. HOLLAND.
26787.   McMILLAN v. SMITH.

GRICE, Justice. Each of these appeals is from an adverse ruling upon a petition seeking the writ of habeas corpus. The enumerations of error were not filed within 20 days from the docketing of the case in this court, as required by Rule 14 (a) of this court. Since the appellants have failed to comply with this rule and no providential cause has been shown, the appeals are

*Dismissed. All the Justices concur.*
SUBMITTED OCTOBER 12, 1971—DECIDED OCTOBER 21, 1971.

David Michael Roberts, *pro se.*
Leroy McMillan, *pro se.*
*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, William F. Bartee, Jr., Assistant Attorneys General, B. Daniel Dubberly, Jr., W. Hensell Harris, Jr., Deputy Assistant Attorneys General,* for appellees.